UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-6FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KHALID USAMA ABDALLAH | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Drug Enforcement Administration to dispose of the (1) a Hi Point Firearms Model 995 9mm Rifle Serial # B30587, and (2) a Winchester Model 24 Double barrel 12 gauge shotgun serial # 28763, by destruction, incapacitation, or other means in accordance with its regulations.

This the __30th__ day of _____March_____, 2018.


_____
LOUISE W. FLANAGAN
United States District Judge